No. 05–8160.  FEHLING v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 05–8161.  GREER v. VOEPEL ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 05–8162.  ISOM v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–8163.  HOLLOMAN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–8164.  HOLCOMB v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 05–8166.  GUTOWSKI v. WARREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–8169.  GERKIN v. BUTLER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–8174.  COATES v. CITY OF PHILADELPHIA, PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 05–8175.  DESHIELDS v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 05–8183.  CANNEDY v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 05–8184.  COLEMAN v. MICHIGAN.  Cir. Ct. Ingham County, Mich.  Certiorari denied.

No. 05–8186.  HUMMEL v. KNOWLES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–8188.  GANT v. TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 05–8190.  GONZALES v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 05–8193.  HARDESTY v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 05–8197.  HART v. HOOKS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.